No. 860, Misc.   SMITH *v.* EYMAN, WARDEN, ET AL. Sup. Ct. Ariz.   Certiorari denied.

No. 865, Misc.   URBANO *v.* DeLOACH, ASSISTANT DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 866, Misc.   CALLAHAN *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 867, Misc.   SADDLER *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 868, Misc.   LEE *v.* COPINGER, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 869, Misc.   EBELL *v.* McGEE ET AL.   C. A. 9th Cir. Certiorari denied.

No. 870, Misc.   DYSON *v.* MARYLAND.   C. A. 4th Cir. Certiorari denied.

No. 872, Misc.   SMITH *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 873, Misc.   LYONS *v.* STATE BAR OF CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 876, Misc.   BERRY *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 878, Misc.   GLEATON *v.* WARDEN, MARYLAND PENITENTIARY.   C. A. 4th Cir.   Certiorari denied.